*In re* **APPLEGATE**, Steven Dean (MR 20961)
Anna, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and

Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Steven Dean Applegate is suspended from the practice of law for three years and until further order of the Court and until respondent makes restitution to Monta Derossett in the amount of $2,000 plus interest at the rate of 9% per annum, compounded from November 30, 2004.